### NELSON v. HECKSCHER et al.

### In re BLANTON.

(Circuit Court of Appeals, Fourth Circuit. December 14, 1914.)

#### No. 1279.

BANKRUPTCY ⟐440—ORDER IN BANKRUPTCY PROCEEDINGS—REVIEW—APPEAL.

Where an order denying the petition of a bankrupt's trustee to recover dividends paid to certain claimants, involving questions of law only, it was reviewable on a petition to superintend and revise, and not by appeal.

[Ed. Note.—For other cases, see Bankruptcy, Cent. Dig. § 915; Dec. Dig. ⟐440.

Appeal and review in bankruptcy cases, see note to In re Eggert, 43 C. C. A. 9.]

Appeal from the District Court of the United States for the Eastern District of Virginia, at Richmond, in Bankruptcy; Edmund Waddill, Jr., Judge.

In the matter of bankruptcy proceedings of Joseph W. Blanton. From an order denying the petition of Leon M. Nelson, trustee, to re-

cover certain dividends paid on claims of A. Heckscher and others, the trustee appeals. Dismissed.

S. S. P. Patteson and R. L. Montague, both of Richmond, Va., for appellant.

A. L. Holladay and Hill Montague, both of Richmond, Va. (A. B. Dickinson, of Richmond, Va., on the brief), for appellees.

Before PRITCHARD, KNAPP, and WOODS, Circuit Judges.

WOODS, Circuit Judge. This case was brought up for review, both by petition to superintend and revise and by appeal. As there are only questions of law involved, the case was decided upon the petition to superintend and revise. 219 Fed. 679, 135 C. C. A. 351.

For this reason, the appeal in this case will be dismissed, with costs, as having been improvidently taken.

Dismissed.